

FILED

JUL 1 1 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# United States Bankruptcy Court
## NORTHERN DISTRICT OF CALIFORNIA

In re   **Post Street LLC**  

Debtor

Bankruptcy Case No. **11-32255**

**Festival Retail Fund 1 228 Post Street, LLP**

Eurohypo AG aka Eurohyp AG, New York Branch

Post Investors, LLC

Square Mile Capital Management LLC

First American Title Insurance Company

Plaintiff

Defendant

Adversary Proceeding No. **11-03143**

## NOTICE OF STATUS CONFERENCE IN A CASE REMOVED TO BANKRUPTCY COURT

YOU ARE NOTIFIED that a status conference of the case removed to the bankruptcy court will be held at the following time and place.

| Address | Room |
|---|---|
| U.S. BANKRUPTCY COURT<br>235 PINE ST.<br>SAN FRANCISCO, CA 94104 | Courtroom 23 |
|  | Date and Time<br>9-22-2011 at 10:00 a.m. |

Counsel for the removing party shall serve a copy of this notice on opposing counsel within ten (10) days and file a proof of service with the court.

**GLORIA L. FRANKLIN**

_Gloria L. Franklin, Clerk of the Court_

JUL 1 1 2011

Date

By: _Ashan Malakooti_

Deputy Clerk