JEFFREY C. KRAUSE (State Bar No. 94053),
jkrause@stutman.com
ERIC D. GOLDBERG (State Bar No. 157544), and
egoldberg@stutman.com
H. ALEXANDER FISCH (State Bar No. 223211), Members of
afisch@stutman.com
STUTMAN, TREISTER & GLATT, PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone:    (310) 228-5600
Telecopy:     (310) 228-5788

[Proposed] Reorganization Counsel for
Debtor and Debtor in Possession

Debtor's Mailing Address:
Post Street LLC
c/o Bend Properties
1920 Main St Suite # 150
Irvine, CA  92614

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re | Case No. 11-32255 |
| POST STREET, LLC, | Chapter 11 |
| Debtor. | Adv. Proc. No. 11-03143 |
| | **CERTIFICATE OF SERVICE** |
| FESTIVAL RETAIL FUND 1 228 POST STREET, LP, a Delaware limited partnership; and POST STREET, LLC, a Delaware limited liability company, | |
| Plaintiffs, | |
| v. | |
| EUROHYPO AG, a German stock corporation aka EUROHYPO AG, NEW YORK BRANCH; POST INVESTORS LLC, a Delaware limited liability company; SQUARE MILE CAPITAL MANAGEMENT LLC, a Delaware limited liability company; FIRST AMERICAN TITLE INSURANCE COMPANY, a California corporation; and DOES 1 through 110, inclusive | |
| Defendants. | |

I, Kendra A. Johnson, declare:

I am over the age of eighteen years and not a party to the within action. I am employed in an office that employs a member of the bar of this Court, at whose direction the within service was made. My business address is 1901 Avenue of the Stars, 12th Floor, Los Angeles, California 90067.

On July 18, 2011, I served the following documents:

**1. NOTICE OF STATUS CONFERENCE IN A CASE REMOVED TO BANKRUPTCY COURT;**

**2. BANKRUPTCY DISPUTE RESOLUTION PROGRAM INFORMATION SHEET; and**

**3. ORDER RE INITIAL DISCLOSURES AND DISCOVERY CONFERENCE**

on the following person and/or entities at the last know addressees by placing true and correct copies thereof in a sealed envelope in the United States Mail, first class, postage prepaid, addressed as follows:

*See the attached Service List*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 18, 2011, at Los Angeles, California.


*/s/ Kendra A. Johnson*
Kendra A. Johnson

552939v.1
2

## Post Street LLC
## Service List

| Debtor<br>Post Street LLC<br>c/o Bend Properties<br>1920 Main Street Suite 150<br>Irvine, CA 92614 | Trustee<br>Office of the United States Trustee<br>Attn: Minnie Loo<br>235 Pine Street Suite 700<br>San Francisco, CA 94104-3484 | Attorneys for Square Mile Capital Management LLC & Post Investors LLC<br>Stein & Lubin LLP<br>Attn: Theodore Griffinger / Jonathan Sommer / Sean T. Strauss<br>600 Montgomery Street 14th Floor<br>San Francisco, CA 94111 |
|---|---|---|
| Attorneys for Eurohypo AG<br>Morrison & Foerster LLP<br>Attn: Gregory P. Dresser / Mark W. Poe / Daniel A. Zlatnik<br>425 Market Street<br>San Francisco, CA 94105 | Post Investors LLC<br>Attn: Craig H. Solomon, Managing Principal<br>450 Park Avenue<br>New York, NY 10022 | Square Mile Capital Management LLC<br>Attn: Craig H. Solomon, Managing Principal<br>450 Park Avenue<br>New York, NY 10022 |
| Eurohypo AG, New York Branch<br>Attn: Steven D. Cox, Executive Director<br>1114 Avenue of the Americas<br>New York, New York 10036 | David Z. Bark, Esq.<br>Foreclosure Trustee<br>First American Title<br>4380 La Jolla Village Dr Ste 200<br>San Diego, CA 92122 | Attorneys for Festival Retail Fund 1 228 Post Street, LP<br>Lurie, Zepeda, Schmalz & Hogan<br>Attn: Burce J. Lurie/Andrew W. Zepeda<br>9107 Wilshire Blvd., Suite 800<br>Beverly Hills, CA 90210 |