Dennis D. Miller (SBN 138669)
Jonathan E. Sommer (SBN 209179)
Sean T. Strauss (SBN 245811)
STEIN & LUBIN LLP
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Telephone: (415) 981-0550
Facsimile: (415) 981-4343
dmiller@steinlubin.com
jsommer@steinlubin.com
sstrauss@steinlubin.com

Attorneys for Defendants
SQUARE MILE CAPITAL MANAGEMENT LLC
AND POST INVESTORS LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>POST STREET, LLC,<br><br>Debtor. | Case No. 11-32255-TEC<br><br>Chapter 11 |
| FESTIVAL RETAIL FUND 1 228 POST STREET, LP, and POST STREET, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>EUROHYPO AG aka EUROHYPO AG, NEW YORK BRANCH; POST INVESTORS, LLC; SQUARE MILE CAPITAL MANAGEMENT LLC; FIRST AMERICAN TITLE INSURANCE COMPANY, and DOES 1-10,<br><br>Defendants. | Adversary Proceeding Case No. 11-03143<br><br>**DEFENDANTS SQUARE MILE CAPITAL MANAGEMENT LLC'S AND POST INVESTORS LLC'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>**Hearing:**<br>Date: September 2, 2011<br>Time: 10:00 a.m.<br>Dept.: Courtroom 23, 23rd Floor |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Post Investors LLC ("Post Investors") and Square Mile Capital Management LLC ("Square Mile," together with Post Investors, the "Square Mile Defendants") hereby move this Court for an Order dismissing the Complaint of Plaintiff Festival Retail Fund I 228 Post Street, LP ("Festival") and Plaintiff/Debtor Post Street, LLC ("Post Street," together with Festival, "Plaintiffs").

The Motion is made on the ground that Plaintiffs have not alleged facts sufficient to state a claim against the Square Mile Defendants. Specifically, the Square Mile Defendants move to dismiss the claims against them on the following grounds:

- Injunctive Relief: The claim for injunctive relief against the Square Mile Defendants fails procedurally because it is not a cause of action and substantively because Plaintiffs seek to enjoin an assignment that was effective under New York law, regardless of whether the assignment allegedly breached a covenant not to assign. Such an alleged breach could only create a breach of contract claim for damages against the assignor, Eurohypo;

- Breach of Contract: The claim for breach of contract against Post Investors fails because Plaintiffs do not allege specific facts excusing their lack of performance; to the contrary, Plaintiffs allege purported breaches of contract that occurred in March 2011, eight months after their unexcused default;

- Fiduciary Duty: The claim for breach of fiduciary duty against Post Investors fails because Plaintiffs specifically agreed through contract that the relationship was an ordinary debtor-creditor relationship, and no facts have been pled that would establish any fiduciary relationship;

- Constructive Trust: The claim for constructive trust against Post Investors fails because a constructive trust will not be imposed in the absence of a fiduciary relationship;

- Tortious Interference with Contractual Relations: The claim for tortious interference with contractual relations against the Square Mile Defendants fails

68850003/441197v1      1      Adversary Proceeding No. 11-03143-TEC
SQUARE MILE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT
Case: 11-03143    Doc# 12    Filed: 08/03/11    Entered: 08/03/11 13:35:51    Page 2 of 3

because Plaintiffs have not pled (1) that any contract between Plaintiffs and a third party was breached, (2) that such a breach was induced by the Square Mile Defendants, or (3) that the Square Mile Defendants' acts of inducement were malicious or illegal;

- <u>Declaratory Relief:</u>  The claim for declaratory relief against the Square Mile Defendants fails because (1) the claim is matured and duplicative of other claims, and (2) the underlying matters on which Plaintiffs seek a declaration are precluded as a matter of law.

This Motion is based upon the Notice of Hearing, the Memorandum of Points and Authorities, the Request for Judicial Notice and the Declaration of Sean T. Strauss, all of which are filed herewith, the pleadings and records on file in this action and any additional matters of which judicial notice may be taken, and such additional authorities and argument as may be presented in any reply and at the hearing on this Motion.

Dated:  August 3, 2011                    STEIN & LUBIN LLP


By:   /s/ Sean T. Strauss
SEAN T. STRAUSS
Attorneys for Defendants
SQUARE MILE CAPITAL MANAGEMENT LLC
and POST INVESTORS, LLC